UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE SKELLETT, #183067,            )<br>                    Plaintiff,     )<br>                                    )<br>-v-                                 )<br>                                    )<br>HEIDI WASHINGTON, *et al.*,         )<br>                    Defendants.    )<br>                                    ) | No. 1:19-cv-703<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 19, 2020                                        /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge